1
2
3
4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE C. SCHMIDT,<br><br>          Plaintiff<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No: 8:14-CV-00585-FFM<br><br>**[PROPOSED] JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: January 12, 2015        /S/ FREDERICK F. MUMM
                              THE HONORABLE FREDERICK F. MUMM
                              United States Magistrate Judge

-1-